## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Lisa Anderson

                                        Plaintiff,

v.                                                      Case No.: 1:26–cv–01113
                                                        Honorable Jeremy C. Daniel

French Connection Group, Inc

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [6], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.